IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY DALE MCBRIDE,
        Petitioner,

vs.                                               Case No.:  3:10cv82/RV/EMT

KENNETH S. TUCKER,
        Respondent.
_____/

**O R D E R**

   This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 17, 2012 (doc. 40).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

   Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

   Accordingly, it is now **ORDERED** as follows:

   1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

   2.  The petition for writ of habeas corpus (doc. 3) is **DENIED**.

   3.  A certificate of appealability is **DENIED**.

   **DONE AND ORDERED** this 16th day of March, 2012.


      /s/ *Roger Vinson*
      **ROGER VINSON**
      **SENIOR UNITED STATES DISTRICT JUDGE**